IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NED J. OYLER**, : **CIVIL ACTION NO. 1:07-CV-982** |
| **Plaintiff** : |
| : **(Judge Conner)** |
| v. : |
| : |
| **FINANCIAL INDEPENDENCE &** : |
| **RESOURCES EDUCATION, INC.**, : |
| **Defendant** : |

## **ORDER**

AND NOW, this 20th day of September, 2007, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. 12) and Defendant's Motion to Strike (Doc. 13), and it appearing that said motion (Doc. 12) is premature, it is hereby ORDERED that Defendant's Motion to Strike (Doc. 13) is GRANTED. The Clerk of Court is directed to mark Plaintiff's Motion for Summary Judgment as STRICKEN.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge