**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NED J. OYLER,** | : | **CIVIL ACTION NO. 1:07-CV-0982** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **FINANCIAL INDEPENDENCE AND** | : | |
| **RESOURCE EDUCATION,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 20th day of August, 2008, upon consideration of the

memorandum and order of court dated January 30, 2008 (Doc. 22), staying the

above-captioned action pending completion of arbitration pursuant to 9 U.S.C. § 3

and directing the parties to file a joint report regarding the status of the arbitration

proceedings within ninety days, and of the order of court dated August 5, 2008

(Doc. 24), reminding the parties of their duty to file a status report and advising

them that a failure to do so on or before August 18, 2008 would result in the closure

of the above-captioned case, and it appearing that the parties have failed to file a

status report as of the date of this order, it is hereby ORDERED that the Clerk of

Court is directed to CLOSE this case without prejudice to plaintiff's right to file a

motion to reopen the action should arbitration be completed.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge