**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NED J. OYLER**, | : | CIVIL ACTION NO. 1:07-CV-0982 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **FINANCIAL INDEPENDENCE AND RESOURCE EDUCATION,** | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 5th day of September, 2008, upon consideration of plaintiff's response (Doc. 26) to the order of court dated August 5, 2008 (Doc. 24), which granted defendant's motion to compel arbitration in accordance with the parties' contract for services (Doc. 1-3 at 1-4), which provides that "[a]ll parties agree that the American Arbitration Association ('AAA') under the Code of Procedure shall conduct the arbitration in effect at the time the claim is filed," (<u>see</u> Doc. 1-3 at 4 ¶ 14), and it appearing that plaintiff believes the court must "forward[] all documents to a [sic] arbitration board" and that plaintiff is "waiting for instructions from such board," (<u>see</u> Doc. 26), and the court concluding that it is exclusively the responsibility of the parties to arbitrate their claims in accordance with the contract for services and the rules of the arbitration association before which they bring their case, it is hereby ORDERED that plaintiff's response (Doc. 26) is CONSTRUED as a motion requesting the court to forward documents pertinent to

plaintiff's case to an appropriate arbitration association and is DENIED as so construed.

          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge